IN RE COMPLAINT AGAINST GILIO STRAMESE, AN AT-
TORNEY-AT-LAW, FOR UNPROFESSIONAL CONDUCT.

Argued January 20, 1932—Decided January 21, 1932.

Before Justices TRENCHARD, DALY and DONGES.

For the motion, *Joseph L. Smith*.

PER CURIAM.

The board of bar examiners found the accused guilty of
unethical conduct charged, and recommended that he be
suspended from practice as an attorney-at-law for a period of
one year. A motion was made to confirm this report.

Our examination of the report and record satisfies us that
the report is just and right. Our order, therefore, is that the
report be confirmed and that the accused, Gilio Stramese, be
suspended from practice as an attorney-at-law for a period
of one year, beginning on the twenty-first day of January,
1932.

Incidentally it appears that pending the investigation by
the board of bar examiners resulting in the foregoing report
now confirmed the accused, Gilio Stramese, passed his exami-
nation as counselor-at-law. In view of his suspension as
above stated, the order of the court is that he shall not be
sworn in as counselor-at-law until the above stated period of
suspension has expired.